UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR15-83 JNE/JSM |
| Plaintiff, | 18 U.S.C. § 2 |
| | 21 U.S.C. § 841(a)(1) |
| v. | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 846 |
| 1. JOSE RICARDO OCANAS, | 21 U.S.C. § 853 |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Between on or about October 2013 and on or about March 4, 2015, in the State and District of Minnesota and elsewhere, the defendant,

**JOSE RICARDO OCANAS,**

did knowingly and intentionally conspire with others known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### COUNT 2
(Distribution of Methamphetamine)

On or about April 11, 2014, in the State and District of Minnesota, the defendant,

**JOSE RICARDO OCANAS,**

aided and abetted by others, and aiding and abetting others, did knowingly and intentionally distribute approximately 53 grams of actual methamphetamine, a Schedule



SCANNED
MAR 1 8 2015
U.S. DISTRICT COURT MPLS

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code Section 2.

### COUNT 3
(Possession with Intent to Distribute Methamphetamine)

On or about March 4, 2015, in the State and District of Minnesota, the defendant,

**JOSE RICARDO OCANAS,**

did knowingly and intentionally distribute approximately one pound of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 4
(Possession with Intent to Distribute Methamphetamine)

On or about March 4, 2015, in the State and District of Minnesota, the defendant,

**JOSE RICARDO OCANAS,**

did knowingly and intentionally possess with intent to distribute approximately three pounds of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### FORFEITURE ALLEGATIONS

Counts 1-4 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

If convicted of any of Counts 1 – 4 of this Indictment, the defendant,

**JOSE RICARDO OCANAS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds obtained directly or indirectly as a result of each such violation, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of said violations. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY          FOREPERSON